# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID M. KASS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV426 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| ROBERT P. HOUSTON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the plaintiff's Response to Court's Order (Filing No. 4). The plaintiff seeks an extension of time to effect service of process on the defendant. The court finds the plaintiff has shown good cause for a brief extension of time. Accordingly,

**IT IS ORDERED:**

The plaintiff shall have to on or before **on June 26, 2012**, to effect service of the complaint on the defendant.

Dated this 25th day of May, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge