IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

DAVID M. KASS,

        Petitioner,

vs.

ROBERT P. HOUSTON, Director,
Nebraska Department of Corrections;

        Respondent.

**8:11CV426**

**BRIEFING ORDER**

Pursuant to a telephonic status conference with counsel,

IT IS ORDERED that respondent shall file a brief in this Section 2254 case no later than thirty days after the filing of all state court records relevant to the cognizable claims. Petitioner shall file his responsive brief thirty days after the filing of respondent's brief.

DATED this 28th day of August, 2012.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge